**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANTHONEE PATTERSON | : No. 88 EAL 2018 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| KENNETH SHELTON, INDIVIDUALLY, | : |
| AND PRESIDENT OF THE BOARD OF | : |
| TRUSTEES OF THE GENERAL | : |
| ASSEMBLY OF THE CHURCH OF THE | : |
| LORD JESUS CHRIST OF THE | : |
| APOSTOLIC FAITH, INC. | : |
| | : |
| | : |
| PETITION OF: KENNETH SHELTON | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.